No. 93–1816. SOUTHERN HEALTH CORPORATION OF HAMILTON, INC., ET AL. *v.* LORANCE. Sup. Ct. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration

in light of *Allied-Bruce Terminix Cos.* v. *Dobson, ante,* p. 265.